LAW OFFICES OF CHRISTIAN J. GARRIS          JS-6
CHRISTIAN J. GARRIS  SBN 175808
633 West Fifth Street, 28th Floor
Los Angeles, California 90017
Telephone: (213) 624-2900
Facsimile: (213) 624-2901

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS CLARK, an individual, | Case No. CV11-01202-MWF (JEMx) |
| Plaintiff, | **ORDER RE DISMISSAL** |
| vs. | |
| AMERICAN GENERAL LIFE COMPANIES, et al., | |
| Defendants. | |

The above-captioned action and all related counterclaims and cross-actions are hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: June 11, 2012        By: _____

Hon. Michael W. Fitzgerald

United States District Judge

Order